ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| ROBERT RAMON HARRIS, III (01) | 4-19CR-322-Y |

## INFORMATION

The Grand Jury Charges:

Count One
False Statement
(Violation of 18 U.S.C. § 1001(a)(3))

On or about September 19, 2017, in the Fort Worth Division of the Northern District of Texas, defendant **Robert Ramon Harris, III**, did willfully and knowingly make and use a false writing and document, knowing the same to contain a materially false, fictitious and fraudulent statement and entry in a matter within the jurisdiction of and agency of the executive branch of the Government of the United States, by providing false, fictitious and fraudulent military deployment orders to his employer, well knowing and believing that such military orders were false, fictitious and fraudulent.

In violation of 18 U.S.C. § 1001(a)(3).

          ERIN NEALY COX
          UNITED STATES ATTORNEY

          *[signature]*

          ROBERT J. BOUDREAU
          Assistant United States Attorney
          New York State Bar No. 4686507
          801 Cherry Street, Suite 1700
          Fort Worth, Texas  76102
          Telephone:  817-252-5200
          Facsimile:  817-252-5455